**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| MALIK ANDERSON, | : No. 23 EM 2022 |
| Petitioner | : |
| v. | : |
| HONORABLE TRACY BRANDEIS-ROMAN JUDGE OF THE COMMON PLEAS OF PHILADELPHIA COUNTY, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of July, 2022, the Application for Leave to File Original Process is GRANTED, and the "Petition for Review Consolidation of Mandamus and Writ Pursuant to Pa.R.App.P. 1511(b) [sic] et seq." is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.